**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RACHEL BROWN HEFFERNAN BRYANT,
ET AL.** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 1:13CV246-SA-DAS**

**UNITED FURNITURE INDUSTRIES, INC.,
ET AL.** **DEFENDANTS**

### ORDER STAYING DISCOVERY

This matter, having been raised during a status conference, seeks a stay on discovery until the 120-day notice period (*see* #107) has expired. Having considered the matter, the court finds this request is well taken and should be granted.

IT IS THEREFORE ORDERED THAT:

1. Discovery is hereby stayed until the 120-day notice period expires.

2. All discovery previously propounded is exempt from this stay.

3. Once the 120-day notice period has run, counsel shall notify the court of its expiration.

SO ORDERED this, the 20th day of April, 2015.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE