## CONSENT TO JOIN OVERTIME WAGES LAWSUIT

**Rachel Brown Heffernan Bryant, Kenny Bryant, Anthony Brown, Cleveland Woodrow Oliver, Jr., David L. Franks, Allie Everett and Eric Thomas et al., on behalf of themselves and others similarly situated v. United Furniture Industries, Inc., et al., In the United States District Court for the Northern District of Mississippi, Aberdeen Division; Cause No. 1:13-CV-00246-SA-DAS**

I understand that I may be a potential plaintiff who is "similarly situated" to Rachel Brown Heffernan Bryant, Kenny Bryant, Anthony Brown, Cleveland Woodrow Oliver, Jr., David L. Franks, Allie Everett and Eric Thomas (Plaintiffs) in this case and may join the lawsuit shown above, which has been filed by such former employees of United Furniture Industries, Inc. ("United Furniture"), to recover unpaid overtime wages for work performed off the clock before clocking in and after clocking out and other money damages. Said employees claim to have worked in excess of forty (40) hours and were not paid overtime wages.

By signing and returning this Consent for filing with the Court, I understand that I designate Plaintiffs as my agents to make decisions on my behalf concerning Fair Labor Standards Act Litigation against United Furniture Industries, Inc., including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorney's fees and cost, and all other matters pertaining to Fair Labor Standards Act Litigation against United Furniture Industries, Inc. These decisions and agreements, made and entered into by Plaintiffs will be binding on me if I sign and return this consent.

I understand that Plaintiffs have entered into a joint Contingency Fee Agreement with W. Howard Gunn, Attorney at Law, which applies to all plaintiffs who sign and return this consent. If I sign and return this Consent, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of the Contingency Fee Agreement, the Law Firm's attorney's fees and costs shall only be paid out of a recovery, by judgment, settlement or otherwise, of claims against United Furniture Industries, Inc. and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from W. Howard Gunn, Attorney at Law.

I agree and understand that the Law Firm and/or Plaintiffs may in the future appoint other individuals to be representative plaintiffs in this litigation. I consent to such appointment and agree to be bound by the decisions of such new representative plaintiff(s) for all purposes related to this litigation.

By choosing to file this consent, I understand that I will be bound by the judgment of the Court. I will also be bound by, and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all Plaintiffs.

I acknowledge and understand that if I do not file this consent, I will not be affected by any judgment or settlement rendered or reached in this lawsuit, and I will not be entitled to share in any amounts recovered by Plaintiffs whether by judgment, settlement or otherwise.

I agree to notify W. Howard Gunn, Attorney at Law, immediately if my telephone number(s) or address should change.

I consent to join in this lawsuit.

_____  06/25/2015
SIGNATURE                        DATE

GEORGE THOMPSON