## SETTLEMENT AGREEMENT AND GENERAL RELEASE

Subject to the approval of the Court, this Settlement Agreement ("the Agreement") is entered into on the date of execution between Rachel Brown Heffernan Bryant, Kenny Bryant, Anthony Brown, Cleveland Woodrow Oliver, Jr., David L. Franks, Allie Everett and Eric Thomas, ("the Plaintiffs"), on behalf of themselves and others similarly situated, the individuals of whom are identified collectively and defined herein as the "Settlement Class", and United Furniture Industries, Inc. ("hereinafter referred to as "United Furniture"). The parties to the Agreement are collectively referred to as "the Parties".

WHEREAS, on behalf of themselves and a putative class of similarly situated participants, the Plaintiffs filed a civil action against United Furniture and related entities in the United States District Court for the Northern District of Mississippi, Aberdeen Division, styled, "Rachel Brown Heffernan Bryant, et al v. United Furniture Industries, Inc., et al," Cause No. 1:13cv246-A-S on December 30, 2013 seeking damages on behalf of themselves and all other similarly situated individuals pursuant to 29 U.S.C. §216(b) for alleged violations of the Fair Labor Standards Act as a result of the alleged failure by United Furniture to properly pay overtime wages ("the subject legal action");

WHEREAS, following United Furniture's answer to the complaint, the Parties entered into a course of discovery and investigation related principally to the Plaintiffs' motion for preliminary class certification;

WHEREAS, the Court entered an order on March 30, 2015, conditionally certifying an opt in class as follows:

> All persons employed by Defendants from January 1, 2010 until December 30, 2013 as furniture manufacturers in the operation of Defendants' furniture manufacturing plants in the State of Mississippi who



EXHIBIT

tabbies

"1"

worked off the clock and were not paid for overtime wages under the FLSA, with the exception of those persons who previously "opted in" to the lawsuit *Carothers v. United Furniture Industries, Inc.*, No. 1:13-cv-00203-DAS and reached a settlement of their claims in its course.

Doc#: 107;

WHEREAS, pursuant to an order of the United States District Court for the Northern District of Mississippi, counsel for the Plaintiffs mailed a notice to each prospective conditional class member of their right to opt in to the subject legal action, with a deadline for submission of consent forms being postmarked no later than September 30, 2015, and the filing the opt in notices with the court clerk by Plaintiffs' counsel no later than October 14, 2015;

WHEREAS, subsequent to the Court's conditional certification order, approximately 1,245 employees or former employees of United Furniture filed formal opt in pleadings in the subject legal action;

WHEREAS, subsequent to the deadline for the potential conditional class members to opt in to the subject civil action, the parties again undertook investigation and discovery pertinent to the claims made the basis of the subject civil action;

WHEREAS, on joint *ore tenus* motion of the Plaintiffs and United Furniture, the Court dismissed United Furniture Industries, CA, Inc. and United Furniture Industries, NC, LLC from the subject civil action with prejudice by order dated April 1, 2016;

WHEREAS, the parties negotiated in good faith and in arm's length negotiation conducted a settlement conference before the Honorable David A. Sanders, United States Magistrate Judge, in his chambers at the Federal Building in Aberdeen, Mississippi on August 5, 2016, culminating in a settlement agreement consistent with the terms and conditions set out hereinbelow;

2

WHEREAS, while noting in its order that United Furniture denies all claims asserted by the Plaintiffs and noting further that final class certification is not determinative of liability or fault, the Court entered an order of final class certification on October 26, 2016, certifying the class as follows:

> All persons employed by the defendant from January 1, 2010 until December 30, 2013 as employees paid on a production basis as furniture manufacturers in the operation of the defendant's furniture manufacturing plants in the State of Mississippi who worked off the clock and were not paid for overtime wages under the FLSA, and whose claims are not time barred, with the exception of those persons who previously "opted in" to the lawsuit *Carothers v. United Furniture Ind., Inc.*, No. 1:13-cv-00203-DAS and reached a settlement of their claims in its course.

Doc #: 227;

WHEREAS, the Court enumerated the members of the final class in the subject legal action as the opt in plaintiffs included in the list attached as Exhibit "A" to the Motion for Final Class Certification [Doc #: 225], which list is also attached hereto as Exhibit "A";

WHEREAS, the Court dismissed from the subject legal action all opt in plaintiffs not included in the list attached hereto as Exhibit "A", who consisted generally of hourly wage workers or opt in plaintiffs whose claims are time barred;

WHEREAS, the Parties have negotiated a proposed settlement as to all claims asserted or which could have been asserted by the Plaintiffs in the subject civil action.

NOW, THEREFORE, for the conditional monetary and other consideration set forth herein, included without limitation the class-wide release of United Furniture and other Releasees as reflected herein, the Parties agree as follows:

1. <u>Recitals.</u> The above recitals are incorporated herein and made a part hereof.

2. <u>For Settlement Only.</u> This Agreement is entered into for purposes of resolving all disputes between the Settlement Class and United Furniture. Assertions, statements, and

representations herein are for settlement purposes only. If the Court does not finally approve this Agreement, then the Parties expressly agree that this Agreement is null and void *ab initio* and may not be used by any party for any reason.

      3.    <u>Certification of the Settlement Class.</u>    The Settlement Class shall be defined as follows: The opt in plaintiffs to the subject legal action enumerated in the list attached hereto as Exhibit "A".

      4.    <u>Representation of the Settlement Class.</u>    The named plaintiffs Rachel Brown Heffernan Bryant, Kenny Bryant, Anthony Brown, David L. Franks, Allie Everett and Eric Thomas shall be appointed as the "Class Representatives," subject to Court approval, and Honorable W. Howard Gunn shall be appointed as "Class Counsel" subject to Court approval.

      5.    <u>Incentive Awards.</u>    Each class representative is entitled to an incentive award to compensate them for the time and effort expended in representing the Settlement Class during this action. However, Class Representatives Rachel Brown Heffernan Bryant and Kenny Bryant assisted Class Counsel and his staff in providing background information related to the claims asserted in this action and served as liaisons with the group of opt in plaintiffs throughout the course of this litigation. Further, Class Representatives Rachel Brown Heffernan Bryant and Kenny Bryant participated in the settlement conference that resulted in this settlement, as well as in the earlier scheduled settlement conference before Judge Sanders that did not result in settlement. For these reasons, an incentive award of $10,000.00 should be paid to Rachel Brown Heffernan Bryant and Kenny Bryant and an incentive award of $1,000.00 to each of the remaining Class Representatives Anthony Brown, David L. Franks, Allie Everett and Eric Thomas. The named plaintiff, Cleveland Woodrow Oliver, Jr., is not designated as a Class

Representative as he has failed to maintain communication with Class Counsel, or provide assistance during the course of this litigation, and cannot now be located.

6. <u>Preliminary Approval.</u>   Counsel for the plaintiffs shall move the Court for an order approving this settlement within thirty (30) days of the execution of this agreement.

7. <u>The Settlement Fund.</u>   Within sixty (60) days of entry of a final order of the United States District Court for the Northern District of Mississippi finally approving this Settlement Agreement, United Furniture shall fund the settlement by making a total payment of four hundred thousand dollars ($400,000.00) to be paid as follows:

a. $217,330.86 to W. Howard Gunn as Class Counsel inclusive of attorney's fees of $160,000.00 and expenses of $57,330.86;

b. $10,000.00 each to Class Representatives Rachel Brown Heffernan Bryant and Kenny Bryant in the form of a Class Representative Incentive Award;

c. $1,000.00 each to Class Representatives Anthony Brown, David L. Franks, Allie Everett and Eric Thomas in the form of Class Representative Incentive Awards; and

d. $79,334.57 to W. Howard Gunn's trust account to represent one-half of the net proceeds to be paid to the Settlement Class in the form of liquidated damages; and

e. $79,334.57 to the members of the Settlement Class on an equal pro-rata basis with required withholdings, as income for unpaid overtime benefits, with the individual checks payable to each

5

member of the Settlement Class tendered to Class Counsel for distribution.

Any checks issued to a Settlement Class member that remains uncashed for more than ninety (90) days shall become null and void and need not be reissued.

8.     Lack of Necessity of Notice.     Since the Court has issued an order finally certifying the definition of the class of plaintiffs to the subject legal action and has entered an order enumerating and identifying each member of the final class of plaintiffs in the subject legal action, and since each member of the final class, which is identical to the Settlement Class as defined herein, are already parties to the subject legal action and accordingly represented by Class Counsel, who had full authority to act on their behalf and represent their interests in the settlement conference with Magistrate Judge Sanders and to approve the terms and conditions of this Agreement, further or additional notice to class members is unnecessary.

9.     Effective Date.     The "Effective Date" of this Agreement shall be the date that the order of the United States District Court for the Northern District of Mississippi approving this Settlement Agreement and dismissing with prejudice the claims of all Settlement Class members with prejudice becomes final, which is thirty (30) days after entry of the subject order.

10.     Release.     In exchange for the consideration, undertakings and covenants by United Furniture in this Agreement, including but not limited to payment of the settlement funds as set out herein, the Settlement Class hereby releases, discharges, covenants and agrees not to sue United Furniture, their past or present owners, employees, directors, officers, attorneys, representatives, insurers, agents, parents, subsidiaries, affiliates, related companies, predecessors, successors, lessees and assigns, and any entity that could be jointly liable with any of these entities (individually and collectively "the Releasees") with respect to and from any and all

6

claims, demands, liens, agreements, contracts, covenants, actions, suits, causes of action, wages, obligations, debts, expenses, attorneys' fees, damages, judgments, orders and liabilities of any kind or nature in law, equity or otherwise ("the Released Claims"), whether known or unknown, suspected or unsuspected, and whether or not concealed or hidden, which members of the Settlement Class now own or hold or have any at any time heretofore owned or held against the releasees, or any other of them, including specifically but not exclusively, and without limiting the generality of the foregoing, any and all (i) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et. seq.; (ii) other allegations contained in, related to, subsumed by, or which could have been alleged in, the current and/or any other complaints filed in the subject legal action; (iii) fines, penalties, wages, premiums, wages, interest, restitution, liquidated damages, punitive damages, declaratory relief and/or injunctive relief alleged due and owing by virtue of the allegations referenced in the subject legal action; and (iv) claims for attorneys' fees and/or attorneys' costs/expenses allegedly due and owing by virtue of the allegations referenced herein.

11.   <u>Cooperation.</u>   The Parties, and their counsel, agree to cooperate fully with one another to effect the consummation and performance of this Agreement and to achieve the settlement provided for herein.

12.   <u>Agreement Contingent Upon Entry of Final Approval.</u>   This Agreement is contingent upon the Court's entry of an order containing a judgment giving final approval to the terms of this Agreement.   If the Court refuses to grant final approval of the terms of the settlement set forth herein, or if the Court's final approval order and judgment is reversed or substantially modified in any subsequent appeal, then this Agreement shall be null and void and no stipulation, representation, or assertion of fact made in this Agreement may be used by any

2048571

party. No party to this agreement, absent any substantive change by this Court, shall appeal any part of the approval of this Settlement Agreement by the Court.

13. <u>Integrations</u>.     This Agreement contains the full, complete, and integrated statement of each and every term and provision agreed to by and among the Parties and supersedes any prior writings and agreements (written or oral) between or among the Parties, which prior agreements may no longer be relied upon for any purpose. This Agreement shall not be orally modified in any respect and can be modified only by written agreement of the Parties supported by adequate consideration as confirmed in writing.

14. <u>Mutual Interpretation</u>.     The Parties agree and stipulate that the settlement was negotiated in an "arms-length" basis between parties of equal bargaining power. The Settlement Class acknowledges, but does not concede or agree with, statements made by United Furniture and the Releasees regarding the merits of the claims of class certification or merits of claims made the basis of the subject legal action, and United Furniture and the Releasees acknowledge, but do not concede to or agree with, the Settlement Classes' statements regarding the merits of the claims made the basis of the subject legal action.

15. <u>Severability</u>.     In the event any one or more of the provisions contained in this Agreement shall for any reason be held invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability will not affect any other provisions if the Parties and their counsel mutually elect by written stipulation to be filed with the Court within twenty (20) days to proceed as if such invalid, illegal or unenforceable provisions had never been included in this Agreement.

DATED: _January 9, 2017_     .

8

RACHEL BROWN HEFFERNAN BRYANT

KENNY BRYANT

ANTHONY BROWN

DAVID L. FRANKS

ALLIE EVERETT

ERIC THOMAS

W. HOWARD GUNN, ESQ., MB# 5073
ATTORNEY FOR THE PLAINTIFFS

DOUGLAS A. HANBY, CHIEF OPERATING
OFFICER, UNITED FURNITURE INDUSTRIES,
INC.

JOHN S. HILL, MB# 2451, ATTORNEY FOR
UNITED FURNITURE INDUSTRIES INC.

9

EXHIBIT A

**BRYANT V UFI**
**PLAINTIFF LIST**

| # | Name | |
|---|------|------|
| 1 | ABBOTT, LEONARD SR | 1687 |
| | ABEL, CECIL W., JR. | |
| 3 | ADAIR, MARQUISS T | 9565 |
| 5 | ADAMS, BOBBY A | 7315 |
| 7 | ADAMS, MARCUS | 8733 |
| 8 | ADAMS, MARIO | 9314 |
| 11 | AGUILAR, ROBERT | 8548 |
| 12 | ALEMAN, JOSE G | 6927 |
| 14 | ALFARO, SABRINA | 6341 |
| 18 | ALRED, DANNY | 2109 |
| 21 | ARIZPE, JESSICA | 7863 |
| 24 | ASHBY, MICHAEL | 411 |
| 25 | ASHBY, STEPHON | 6101 |
| 26 | ATKINSON, DAVID (CHAD E.) | 5901 |
| 28 | ATKINSON, TYRONE | 7399 |
| 30 | AVILEZ, GILBERTO A (ALEXANDER | 7115 |
| 31 | BAILEY, CHARLOTTE | 8024 |
| 33 | BAKER, ALFONZO L | 8840 |
| 36 | BALLAD, MABLE | 2374 |
| 35 | BAKER, CHRISTOPHER | 4177 |
| 37 | BARKER, LAFARRIS SHAQUILLE | 8491 |
| | BARR, DWANE | |
| 43 | BARRAZA, ARMANDO | 9441 |
| 44 | BASKIN, APRIL | 9253 |
| | BASKIN, JERMAINE | |
| 47 | BASKIN, TYRICE | 1475 |
| 48 | BASS, LANCE (DONALD) | 6016 |
| 49 | BATES, JECOBY | 5822 |
| 51 | BEAN, JAMES L JR | 4852 |
| | BECKLEY, ANTHONY | |
| 54 | BEDFORD, LAQUAZ | 8948 |
| 55 | BEDOLLA, OSCAR | 5465 |
| 57 | BELK, THOMAS | 4938 |
| 58 | BELL, BILLY K | 8369 |
| 59 | BELL, COREY CORTEZ | 8958 |

BRYANT V UFI
PLAINTIFF LIST

| | | |
|---|---|---|
| 61 | BELL, MICHAEL | 684 |
| 62 | BELL, RONNIE | 8198 |
| 65 | BERRY, ALVIS JR | 2389 |
| 66 | BETTS, ALLEN | 9340 |
| 67 | BETTS, KIRBY M | 1084 |
| 69 | BETTS, THOMAS | 138 |
| 70 | BIANCA, RAMIREZ RUIZ L(RAMIR | 5487 |
| 71 | BINGHAM, CHARLES E | 184 |
| 75 | BLANCHARD, COURTNEY | 3005 |
| 76 | BLANCHARD DIALAN M | 8601 |
| 77 | BLANCHARD, JESSIE | 8711 |
| 79 | BLEVINS, DANNY JR | 7716 |
| 84 | BOONE, CATHY A | 5738 |
| 86 | BOOTH, BEATRICE | 8876 |
| 87 | BORJAS, ELDER | 7234 |
| 88 | BOWEN, JEANIE | 2834 |
| 91 | BOWENS, JOHN ERIC | 7175 |
| 94 | BOWENS, QUINTAVIUS | 8816 |
| 100 | BRANDON, J T | 6772 |
| 103 | BRANDON, SHELIA | 1145 |
| 106 | BRAYLOCK, PATRICK | 607 |
| 107 | BREEDLOVE, JOHN C III | 9156 |
| 109 | BROADUS, CYRUS II | 8643 |
| 113 | BROWN, DANIELLE | 3178 |
| 114 | BROWN, DEWAYNE | 9292 |
| 117 | BROWN, JEFFREY | 1183 |
| | BROWN, LARRY MARK | |
| 120 | BROWN, MONTNEZ (MONTREZ) | 8909 |
| 121 | BROWN ROBERT L | 5473 |
| 125 | BROWN, TROY T | 393 |
| 130 | BRUNSON, JEROME | 8932 |
| 131 | BRUNSON, YINESSA | 4739 |
| 132 | BRYANT, CATHERINE | 1558 |
| 135 | BUCHANAN, CEDRIC | 8257 |
| 140 | BUCHANAN, STEPHEN | 7120 |
| 141 | BUCKNER, DUSTIN | 9142 |

**BRYANT V UFI**
**PLAINTIFF LIST**

| # | Name | Number |
|---|------|--------|
| 143 | BURDINE, TERESA | 2155 |
| 146 | BUTLER, JAMES J | 7963 |
| 149 | BUTLER, WILLIAM C JR | 1790 |
| 152 | CALVERT, JOHNNIE Y. | 5708 |
| 153 | CAMACHO, ANGELICA | 7909 |
| 154 | CAMARILLO, HOMERO | 3492 |
| 157 | CAMPBELL, AUSTIN | 8562 |
| 158 | CARADINE, RICHARD | 404 |
| 159 | CARNEY, CYRUS K. | 4690 |
| 162 | CARRIERA, KENNETH (CARREIRA) | 4806 |
| 164 | CARTER, BERNICE | 5504 |
| 165 | CARTER, CORY | 9547 |
| | CARTER, TIM | |
| 169 | CASTILLO, FELIPE (CASTILLO SAN | 8672 |
| | CEQUANTES, ELISABETH | |
| 172 | CHANDLER, BOBBY K. | 2696 |
| 174 | CHANDLER, EVELYN | 51 |
| 177 | CHANDLER, MARCUS J | 7892 |
| 179 | CHANDLER, TONY | 8378 |
| 181 | CHAVEZ, LUPE | 4935 |
| 182 | CHAVIS, JOSH | 9042 |
| 183 | CHERRY, AMBER | 8460 |
| 184 | CHERRY, BOBBY | 5311 |
| 191 | CLAY, ROOSEVELT JASON | 9535 |
| 195 | CLIPPARD, JOSH | 8235 |
| 197 | COCKRELL, JAMES CARL (JAMES | 8179 |
| 198 | COGGINS, CASONYA | 9043 |
| 203 | COLEMAN, ALFONZO (JR) | 9172 |
| 206 | COLLINS, PATRICIA | 302 |
| 212 | CONWAY, MARQUES | 9174 |
| 213 | COOK, JERRY M – SEE NOTE SHO | 9480 |
| 214 | COOK, JERRY | 9480 |
| 216 | COOPER, BILLIE JOE | 566 |
| 217 | COOPER, MARVIN E. JR. | 7420 |
| 219 | COPELAND, JOYCE | 9342 |
| 225 | COX, CHRISTOPHER | 9490 |

**BRYANT V UFI**
**PLAINTIFF LIST**

| # | Name | |
|---|------|------|
| 226 | COX, DAREEN | 5531 |
| 227 | COX, MICHAEL | 6230 |
| 229 | CRAFT, CONSTANCE | 5516 |
| | CRIDDLE, JOHN CALEB | |
| 235 | CROCKETT, CHICO | 4900 |
| 240 | CRUMP, STEVEN | 1427 |
| 245 | CUNNINGHAM, DARRIN | 6214 |
| 246 | CUNNINGHAM, EDWARD | 8710 |
| 254 | Curry, Johnny | 590 |
| 256 | DANIEL, JAMES E. | 4473 |
| 257 | DANIELS, LANCE O. | 6705 |
| 259 | DARBY, JOANIE | 8994 |
| | DARDEN, ARCHIE | |
| 263 | DAVIDSON, LEONTAE | 797 |
| 267 | DAVIS, ANTHONY J. | 8584 |
| 273 | DAVIS, REGGIE | 6292 |
| 276 | DE LA PAZ, SECUNDINO III | 7310 |
| 280 | DEANES, ERVIN | 4562 |
| 281 | DEARING, JOSHUA | 6839 |
| | DEJUSUS, DAVID | |
| 285 | DELASHIMIT, JOSEPH | 4554 |
| 286 | DELGADO, EDUARDO | 6894 |
| 287 | DENDY, JASON B. | 621 |
| 291 | DEVOULD, LEON | 9571 |
| 292 | DEVOULD, LILTON | 5763 |
| 294 | DICKERSON, TONY (TERRY) | 9408 |
| 296 | DILWORTH, ANDREW | 9414 |
| 298 | DOBBS, BILLY | 8407 |
| 302 | DOBBS, DORTHEA N. | 6229 |
| 304 | DOBBS, PATRICK | 4518 |
| 305 | DOBBS, VENETTRA | 4436 |
| 307 | DODD, JAMES | 9226 |
| 311 | DOSS, KENNY (KENNEDY) | 5601 |
| 313 | DOSS, RONNIE JR. | 9550 |
| 318 | DUVALL, JAMES N. III | 9030 |
| 320 | DYE, JOSH | 8405 |

BRYANT V UFI
PLAINTIFF LIST

| | |
|---|---|
| 321 | EACHOLES, DARRELL B. | 435 |
| 324 | EACHOLES, ROWDERRICK | 8863 |
| 325 | EACHOLES, TIMOTHY | 2485 |
| 329 | EATON, MICHAEL | 9312 |
| 330 | EAVES, JOHN | 7662 |
| 334 | ELAM, ERIK TANNER | 9056 |
| 335 | ELAM, JUSTIN | 3830 |
| 337 | ELLIOTT, REX ALLEN | 7760 |
| 338 | ELLIOTT, WILLIAM JR. | 837 |
| 339 | ELLIS, CRYSTAL | 5420 |
| 341 | ELLIS, ROBERT CHRISTOPHER | 1468 |
| 344 | EPPERSON, COREY | 2230 |
| 346 | EVANS, BRENDA | 1113 |
| 347 | EVANS, FREDERICK G. | 9045 |
| 352 | EVANS, PATRICK | 6238 |
| 354 | EWING, ASHLEY | 9012 |
| 355 | EZELL, ODELL | 9388 |
| 357 | FAIR, RICKEY | 6726 |
| 358 | FARR, JEANETTE | 6652 |
| 361 | FIEBIG, ANGELA | 9071 |
| 362 | FIELDS, FREDERICK | 9425 |
| 363 | FIELDS, QUINTON L. | 6221 |
| 364 | FIELDS, RICKEY S. | 7271 |
| 366 | FIELDS, TONIE | 7583 |
| 367 | FINNIE, LEE ROY | 7401 |
| 369 | FITZPATRICK, MICHAEL | 8641 |
| 370 | FLANERY, NICOLE | 6310 |
| 371 | FLOOD, STEPHEN | 9170 |
| 373 | FLOYD, JOHN | 8376 |
| 377 | FORD, MALIK | 9039 |
| 379 | FORD, MARZEE | 7072 |
| 384 | FOWLER, COREY | 9994 |
| 386 | FRANKS, DAVID JR. | 9508 |
| 388 | FRANKS, MIYON | 4585 |
| 392 | FRENCH, CHANNING | 9084 |

Page 5 of 76

**BRYANT V UFI**
**PLAINTIFF LIST**

| # | Name | Value |
|---|------|-------|
| 393 | FRENCH, DARRIS (DARRIUS) | 7318 |
| 394 | FRENCH, QUARTEZ | 8977 |
| 395 | FRENCH, WILLIE | 2141 |
| 396 | FREUSTO, GABRIEL (GABRIEL FRA | 9070 |
| 397 | FROST, MICHAEL | 3903 |
| 404 | GARCIA, LORENA | 7711 |
| 405 | GARCIA, LUIS | 7494 |
| 406 | GARCIA, RAUL C. | 9055 |
| 408 | GARDNER, DAVID | 9192 |
| 409 | GARDNER, DOROTHY | 6418 |
| 411 | GARDNER, JAMAAL | 9152 |
| 412 | GARDNER, JULIA | 89 |
| 416 | GARTH, KARODRICK | 8597 |
| 417 | GARTH, ROBERT | 316 |
| 418 | GARTH, SAMUEL | 420 |
| 421 | GARZA, ANA L. | 7508 |
| 425 | GATES, EDWARD | 3493 |
| 429 | GATES, RICHARD | 6756 |
| 432 | GATHINGS, NATHANIEL JR. | 513 |
| 433 | GATHINGS, TAVIS | 6106 |
| 434 | GIBBS, CHARLES T. | 2010 |
| 436 | GILLESPIE, DEREK | 4084 |
| 438 | GULLESPIE, TOMMY | 458 |
| 439 | GILLESPIE, WALTER | 2893 |
| 450 | GONZALEZ, ERIKA (GONZALEZ BE | 8945 |
| 451 | GONZALEZ, FAUSTINO | 9114 |
| 453 | GONZALEZ, JUAN O. (ORLANDO G | 8139 |
| 454 | GONZALEZ, JULIO R. | 8752 |
| 455 | GONZALEZ, RICHERD | 8599 |
| 457 | GORDON, JEREMY | 9395 |
| 459 | GOREE, CRAIG | 8961 |
| 463 | GRAHAM, ROXIE | 1146 |
| 464 | GRAHAM, TERRANCE | 4042 |
| 466 | GRAY, DANIEL | 7777 |

BRYANT V UFI
PLAINTIFF LIST

| | |
|---|---|
| 468 | GRAY, TOBY J. | 261 |
| 471 | GRESHAM, JESSICA | 9341 |
| 475 | GRIFFIN, MARCUS | 603 |
| 477 | GRIFFIN JR, SAMMIE | 6428 |
| 479 | GRIGGS, DUSTIN | 8910 |
| 486 | GUNN, LABAN III | 8348 |
| 490 | GUYTON, BOBBY | 5584 |
| 491 | GUYON, JAMIE | 7845 |
| 497 | HALL, DARRELL | 6228 |
| 498 | HALL, JERRY | 8933 |
| 499 | HALL, LARRY | 8942 |
| 500 | HALL, MICHAEL | 6130 |
| 503 | HAMBLIN, RANDLE | 6129 |
| 504 | HAMILTON, ANGELA | 8604 |
| 506 | HAMILTON, MACK JR. | 4887 |
| 507 | HAMILTON, MALQUETTA | 469 |
| 511 | HAMMOND, CASSANDRA | 7132 |
| 514 | HAMMOND, TRENORRIS | 7329 |
| 522 | HANLON, RICHARD | 8970 |
| 523 | HARDEN, JAMES | 1516 |
| 527 | HARLOW, WANDA | 4809 |
| 531 | HARRISON, CARLOS | 2008 |
| 532 | HASTINGS, DAVID | 5724 |
| 533 | HATCHETT, AIRLEAN | 5618 |
| 539 | HAYNES, DOROTHY | 9476 |
| | HEARD, MICHAEL | |
| 549 | HERNDON, CHRISTOPHER | 8156 |
| 552 | HILL, AKEEM | 9076 |
| 554 | HILL, JERRICK J. | 1445 |
| 560 | HILL, TYEYONEKE | 8540 |
| 561 | HINTON, KEON M. | 8461 |
| 563 | HIPPS, JOSHUA | 9023 |
| 566 | HODGES, ALVIN | 8946 |
| 567 | HODGES, CYLINA | 1122 |

**BRYANT V UFI**
**PLAINTIFF LIST**

| 568 | HODGES, RICKCO | 372 |
|---|---|---|
| 569 | HODGES, ROBERT | 6583 |
| 571 | HOGAN, MITCHELL | 9527 |
| 572 | HOLLADAY, JUSTIN | 6691 |
| 575 | HOLLOWAY, SAMUEL | 9499 |
| 576 | HOLLOWAY, ZACHARY (HOLLAW, | 8377 |
| 579 | HOOD, STEVEN | 2806 |
| 583 | HOWELL, ROLAND | 1641 |
| 584 | HUDDLESTON, MELISSA | 639 |
| 585 | HUEY, WILLIE F. | 8934 |
| 595 | HUMPRES, BARRY L JR. | 7167 |
| 600 | IRVING, REBECCA | 8464 |
| 607 | IVY, DEREK | 5695 |
| 608 | IVY, DESHAUWN | 5215 |
| 609 | IVY, JERRY K. | 5139 |
| 612 | IVY, TAVARIUS | 6000 |
| 613 | IVY, TOMMIE (LONNIE) | 6823 |
| 615 | IVY, WILLIAM | 5479 |
| 616 | JACKSON, RICHARD D. | 8220 |
| 617 | JACKSON, RICHARD W. | 6302 |
| 620 | JAMES, JOHNATHAN | 8783 |
| 625 | JENKINS, ANTHONY JR. | 6289 |
| 627 | JENKINS, DEVONTA | 156 |
| 630 | JENNINGS, DAVID | 6524 |
| 631 | JERNIGAN, ANDRE | 7700 |
| 632 | JIMENEZ, ANGEL (RAMIREZ JIME | 6619 |
| 644 | JOHNSON, CRYSTAL (OWENS) | 5089 |
| 651 | JOHNSON, JAMES A. | 8197 |
| 652 | JOHNSON, JODY | 7784 |
| 656 | JOHNSON, PAMELA | 1123 |
| 657 | JOHNSON, PHILLIP | 9335 |
| 660 | JOHNSON, SAM (SAMUEL T) | 5857 |
| 662 | JOHNSON, WILLIE J. | 9225 |
| 663 | JONES, CHRIS H. (CHRISTOPHER | 5977 |
| 664 | JONES, KATHY | 1121 |

**BRYANT V UFI**
**PLAINTIFF LIST**

| # | Name | Value |
|---|------|-------|
| 668 | JONES, TERRANCE | 9090 |
| 669 | JORDAN, CERNANDRA | 677 |
| 675 | KENNEDY, RICKY | 8262 |
| 679 | KILGO, ANDREW | 8303 |
| 680 | KILGO, CHRISTY | 6327 |
| 681 | KILGORE, BRANDON | 7548 |
| 683 | KILGORE, COREY | 5314 |
| 685 | KIMBLE, MITCHELL | 5331 |
| 686 | KIMBLE, TIMOTHY | 5972 |
| 689 | KING, JASON T. | 9431 |
| 690 | KING, RODNEY | 7371 |
| 696 | LANDRUM, ANGELA | 8623 |
| 697 | LANEY, CALLIE L. | 5804 |
| 698 | LANEY, JUSTIN | 4731 |
| 699 | LANSDELL, CYTHHIA | 2727 |
| 706 | LENIOR, LOIS ANN | 1116 |
| 708 | LEWIS, CODY | 9404 |
| 715 | LITTLE, KEVIN | 9318 |
| 717 | LOCKHART, GARY | 5112 |
| 718 | LOCKHART, STACY | 7466 |
| 720 | LOGAN, WILLIE | 8406 |
| 725 | LOPEZ, CESILIO | 3674 |
| 727 | LOPEZ, OSCAR (LOPEZ VELASQUE | 9104 |
| 729 | LOVING, MAURICE | 9529 |
| 731 | LOWE, TRACY | 6231 |
| 732 | LOZADA, WALBARTO | 8709 |
| 734 | LUMPKIN, MICHAEL | 7586 |
| 735 | LYNCH, CODEY | 9339 |
| 736 | LYONS, MARKEY | 7877 |
| 737 | MABE, DANIEL | 2096 |
| 738 | MABE, DAVID | 2312 |
| 740 | MACHADO, ANED C. | 9299 |
| 748 | MASK, CARTER | 8974 |
| 749 | MASK, SCOTTY | 421 |
| 750 | MASON, JOSEY | 4781 |

Case: 1:13-cv-00246-SA-DAS Doc #: 225-1 Filed: 10/06/16 10 of 16 PageID #: 5862

**BRYANT V UFI PLAINTIFF LIST**

| # | Name | |
|---|------|---|
| 751 | MASON, MADONNA | 129 |
| 756 | MCALLISTER, PERRY | 6802 |
| 758 | MCCAFFREY, BRIDGETT | 2054 |
| 760 | MCCOY, ANTONIO | 9540 |
| 761 | MCDONALD, PATRICK | 8893 |
| 765 | MCINTOSH, BOBBY | 8864 |
| 775 | MCKINNEY, MICHAEL | 7249 |
| 776 | MCKNIGHT, JEROME(Hubert j) | 6390 |
| 777 | MCMILLIAN, CARLTON | 8901 |
| 785 | MCKNUCKLES, ANITA | 346 |
| 789 | MEADERS, QUINTON | 2238 |
| 790 | MEARDIE, TRAVONTA | 9498 |
| 794 | MERCHANT, BRYAN | 5496 |
| 801 | MILLS, JAMES M. | 1616 |
| 804 | MINOR, BARBARA S. | 2088 |
| 806 | MIRELES, MONICA | 5069 |
| 807 | MISTER, BARRY | 8852 |
| 808 | MITCHELL, MICHAEL | 9322 |
| 809 | MITCHEN, CHARLES (MITCHEM) | 633 |
| 812 | MIZE, NATHAN | 2391 |
| 813 | MONOGAN, CHRISTOPHER | 7362 |
| 817 | MOORE, BRANDON | 8439 |
| 818 | MOORE, DAVID | 7413 |
| 820 | MOORE, JONATHAN | 6280 |
| 823 | MOORE, STAFFORD | 9265 |
| 824 | MOORE, TERRY W. | 5893 |
| 826 | MORELAND, MARY | 1095 |
| 827 | MORENO, FERNANDO JR. | 8991 |
| 828 | MORGAN, EDDIE J. | 463 |
| 832 | MORRIS, TRAVIS | 7500 |
| 833 | MORROW, HARVEY | 3135 |
| 835 | MORROW, TERRANCE | 1974 |
| 836 | MORTON, DANIEL | 6795 |

**BRYANT V UFI**
**PLAINTIFF LIST**

| | | |
|---|---|---|
| 837 | MOSS, KENDALL | 9280 |
| 840 | MOYE, MICHAEL A. | 8231 |
| 843 | MYLES, ERICK | 8721 |
| 847 | NANCE, TIMOTHY | 573 |
| 848 | NEAL, CHANNING [HAL CHANNIN | 6608 |
| 854 | NEELY, DEBORIS | 527 |
| 855 | NELVE, ROLAND | 7529 |
| 856 | NEWKIRK, TERRY | 9359 |
| 857 | NEWSOME, COURTNEY | 221 |
| 858 | NEWSOME, JEREMY | 9566 |
| 859 | NEWSOME, LEON | 6156 |
| 863 | NORMAN, ASHLEY | 2191 |
| 866 | NUNEZ, JASON | 8740 |
| 869 | OLIVER, CLEVELANDWOODROW | 7651 |
| 870 | ORR, ORWRENTO C. | 7860 |
| | ORTIZ, EMANUEL | |
| 874 | OWEN, JAMES | 123 |
| 875 | OWENS, ANTONIO | 9015 |
| 876 | OWENS, DAMOYM | 7201 |
| 878 | PACE, TEDDY JOE | 3171 |
| 879 | PACHECANO, ADILFONSO CRUZ | 2662 |
| 881 | PAGE, JAMES E. | 5953 |
| 882 | PAGE, JOSH | 4570 |
| 887 | PARKER, TERRENCE | 8848 |
| 888 | PARKER, TERRY | 2076 |
| 894 | PATTERSON, EDWIN | 1476 |
| 896 | PATTERSON, LANTRELL | 7531 |
| 897 | PATTERSON, REBECCA | 8818 |
| 898 | PATTERSON, ROBERT | 9452 |
| 904 | PEDEN, MILTON JR. | 1507 |
| 906 | PELOAY, MANUEL | 7825 |
| 907 | PEREZ, LUIS | 4785 |
| | PETTUS, TINA | |
| 917 | PETTY, TAIJUAN | 9485 |

Page 11 of 76

BRYANT V UFI
PLAINTIFF LIST

| | | | |
|---|---|---|---|
| 919 | PICKENS, KENYA | 6766 | |
| 920 | PICKENS, KORBIN (KORBIN W) | 4878 | |
| 921 | PICKLE, BOBBY | 9186 | |
| 923 | PINEIRA, DENISE | 8669 | |
| 926 | PITTMAN, JOHN M. | 9402 | |
| 928 | POE, RYAN | 8823 | |
| 929 | POLK, JAMES | 1218 | |
| 930 | POLK, TIAKAKATA | 6578 | |
| 932 | POORES, STEPHEN (J.) | 5956 | |
| 938 | POWE, JAMES H. JR. | 5713 | |
| 940 | PRESCOTT, CRAIG | 8817 | |
| 941 | PRESLEY, LARRY | 6981 | |
| 942 | PRICE, AMY | 7186 | |
| 943 | PRICE, KELVIN O. | 8436 | |
| 945 | PRIEST, DEWAYNE | 7052 | |
| 948 | PRUITT, JAVEZ | 8691 | |
| 950 | PULLIAM, CANDACE | 9095 | |
| 952 | PULLIAM, THOMAS K. | 565 | |
| 953 | PURSLEY, ANRICKO | 5834 | |
| 954 | RAINES, COREY | 9435 | |
| 957 | RAMIREZ, GLORIA (RAMIREZ GO) | 8680 | |
| 960 | RAMOS, CARLOS | 6681 | |
| 961 | RAMOS, JESSICA | 9294 | |
| 962 | RAMOS, LUIS | 7854 | |
| 963 | RAMOS, MARCOS ABRIL | 7613 | |
| 964 | RANDLE, AMANDA | 8771 | |
| 966 | RANDLE, BRIAN | 2464 | |
| 967 | RANDLE, CHRISTOPHER | 9411 | |
| 968 | RANDLE, CLARK | 7190 | |
| 971 | RANDLE, KEVIN | 993 | |
| 974 | RANDLE, MARCUS T. | 1690 | |
| 977 | RANDLE, WILLIE G. (JR) | 7458 | |
| 978 | RANDLE, YANCEY | 2964 | |
| 982 | RAY, JEFFREY | 4744 | |

**BRYANT V UFI**
**PLAINTIFF LIST**

| # | Name | Value |
|---|------|-------|
| 984 | REED, JUSTIN | 5934 |
| 987 | REITHER, STANLEY | 7258 |
| 992 | RIDDLE, JANET | 6117 |
| 993 | RINCON, JUAN FRANCISCO | 8144 |
| 994 | RINEHART, TOBY | 9297 |
| 995 | RIOS, ABEL | 2894 |
| 997 | RIVERA, LUIS E. SANCHEZ | 4902 |
| 1005 | ROBINSON, ASTRA B. | 1793 |
| 1006 | ROBINSON, DARRELL | 2576 |
| 1010 | RODAS, EMILO | 5084 |
| 1011 | RODGERS, RODNEY | 9037 |
| 1012 | RODRIGUEZ, ADRIAN | 9551 |
| 1013 | RODRIGUEZ, HECTOR | 7669 |
| 1016 | ROGERS, ANTHONY | 872 |
| 1019 | ROOKS, PAULA | 653 |
| 1021 | ROWLETT, JAMEY | 6004 |
| 1023 | RIUFF, TERRANA (TERRANCE RUF | 3105 |
| 1024 | RUIZ, SEVERO | 7857 |
| 1030 | RUTH, GARY W. | 2979 |
| 1031 | SACUS, CICLEY | 8716 |
| 1033 | SACUS, JACQUETTE | 9153 |
| 1038 | SANDLIN, ANTHONY | 187 |
| 1040 | SCEALS, DENNIS | 154 |
| 1041 | SCEALS, TYWAN | 2364 |
| 1042 | SCUILLA, ROBERTO JOSE (CASTEL | 9103 |
| 1044 | SEGER, ROY A. | 8869 |
| 1047 | SHELTON, DONSHAY | 9202 |
| 1049 | SHEPHERD, TONY D. | 444 |
| 1052 | SHORT, BRANDY N. | 8714 |
| 1055 | SHOTWELL, JOHN | 8221 |
| 1057 | SILAS, FRANK R. | 1906 |
| 1058 | SILBERS, DAVID | 6926 |
| 1059 | SIMPSON, FANNIE | 5529 |
| 1060 | SIMS, BYRON | 1428 |

Page 13 of 76

**BRYANT V UH**
**PLAINTIFF LIST**

| # | Name | Value |
|---|------|-------|
| 1061 | SIMS, GIDGETT | 2409 |
| 1055 | SMALL, XZAVIOUS | 6014 |
| 1073 | SMITH, DARIUS | 6909 |
| 1075 | SMITH, DONALD | 4913 |
| 1078 | SMITH, JOSETTE | 1415 |
| 1080 | SMITH, REBEKAH | 9390 |
| 1081 | SMITH, SHANIKA | 8627 |
| 1082 | SMITH, TYRONE | 7094 |
| 1084 | SPENCER, LINDA D. | 7239 |
| 1085 | SPRATT, BOBBY R. | 1417 |
| 1087 | SPRATT, JOHNNY SR. | 1327 |
| 1088 | SPRINGER, MICHAEL | 5242 |
| 1090 | SPRUILL, CLARENCE | 6771 |
| 1092 | STAFFORD, SHAUN | 2887 |
| 1095 | STANFIELD, KEION | 91181 |
| 1102 | STEVENS, BOBBY | 8610 |
| 1103 | STEVENS, OCTAVIOUS | 8149 |
| 1104 | STEVENSON, DELMA | 92 |
| 1105 | STEWART, GENEVALYN | 8048 |
| 1112 | STRONG, DONALD | 6803 |
| 1113 | STRONG, FRANCES | 8281 |
| 1114 | STRONG, MARKUS | 8990 |
| 1115 | STRONG, ROY | 5912 |
| 1118 | STRONG, WILLIE (C) | 7105 |
| 1120 | SUDDIETH, BRENDA | 6409 |
| 1121 | SUDDIETH, WILLIAM | 8559 |
| 1123 | SUTTON, GERALD M. | 3038 |
| 1126 | SWING, DEMARCUS | 7296 |
| 1127 | SYKES, CLARISSA G. | 2125 |
| 1128 | TAHTINEN, BRADLEY | 9391 |
| 1131 | TALLIE, TERESA | 7823 |
| 1134 | TATE, JEFFREY | 9083 |
| 1135 | TAYLOR, ANN MARIE | 6987 |
| 1136 | TERRY, AARON L. | 1515 |

BRYANT V UFI
PLAINTIFF LIST

| | Name | ID |
|---|---|---|
| 1137 | TERRY, BILLY W. | 1503 |
| 1138 | THOMAS, DONALD | 6247 |
| 1141 | THOMAS, LISA | 8865 |
| 1142 | THOMAS, NATHAN | 6592 |
| 1143 | THOMAS, WILLIE E. JR. | 407 |
| 1147 | THOMPSON, JAMES DALE | 1608 |
| 1149 | THOMPSON, NATASHA (INA NAT | 7294 |
| 1157 | TIPTON, MARTHA | 8661 |
| 1162 | TRIMBLE, DENISE (JAMES) | 1375 |
| 1163 | TRIMBLE, GEORGE | 6820 |
| 1166 | TUCKER, MARQUIS | 9484 |
| 1167 | TUCKER, TINA | 2528 |
| 1169 | VALENZUELA, FRANCISCO | 6899 |
| 1171 | VALLE, ROSTELI | 7977 |
| 1173 | VARELA, PEDRO | 8784 |
| 1177 | VAZQUEZ, JESUS | 4949 |
| 1178 | VAZQUEZ, JOSE FELIPE GONZALE | 3752 |
| 1179 | VAZQUEZ, LEODEGARIO (VAZQUI | 4668 |
| 1180 | VAZQUEZ, LIDIO MEDRANO | 255 |
| 1181 | VALASQUEZ, OSCAR | 3152 |
| 1184 | VENEGAS, TINO D. | 8511 |
| 1186 | VIRGES, CHRISTOPHER L. | 8595 |
| 1188 | WALKER, DANTE | 6028 |
| 1192 | WALKER, SAMMIE CORTAS | 2425 |
| 1193 | WALKER, TYRONE C. | 2653 |
| | WALL, JERRY | |
| | WALL, VICKIE | |
| 1199 | WALLACE, TEAIRA | 9111 |
| 1201 | WALTON, ELMER | 5244 |
| 1203 | WALTON, HARVEY | 8077 |
| 1205 | WARE, CLAUDE | 1618 |
| 1207 | WARE, LAWRENCE | 8500 |
| 1208 | WARE, WILLIE | 342 |
| 1210 | WASHINGTON, DESMOND | 5663 |

Page 15 of 76

**BRYANT V UFI PLAINTIFF LIST**

| # | Name | Number |
|---|---|---|
| 1211 | WATKINS, DATRON | 6139 |
| 1213 | WATSON, BOBBY | 8649 |
| 1216 | WEATHERSPOON, TIFFANI | 5545 |
| 1219 | WEBB, JENNIFER | 8657 |
| 1222 | WEEKS, CECIL JR. | 1381 |
| 1225 | WELCH, TERELL JR. | 5559 |
| 1226 | WEST, AARON | 1541 |
| 1227 | WEST, ANTHONY | 8636 |
| 1228 | WEST, KEITH | 1080 |
| 1233 | WHITAKER, CHRISTOPHER | 8748 |
| 1235 | WHITE, JASON | 9051 |
| 1236 | WHITE, JUSTIN (D) | 9276 |
| 1237 | WHITE, SHONSKI D. | 6497 |
| 1238 | WHITFIELD, CHRISTOPHER L | 164 |
| 1240 | WHITFIELD, NATHANIEL M. | 8809 |
| 1241 | WILLIAMS, DAVID O. | 8007 |
| 1242 | WILLIAMS, FETINA | 7248 |
| 1244 | WILLIAMS, JAMIE (L) | 7114 |
| 1246 | WILLIAMS, MARRICO | 2549 |
| 1253 | WILSON, MARRICO | 9239 |
| 1254 | WILSON, VINCENT | 1901 |
| 1255 | WILSON, WARREN | 6815 |
| 1256 | WINTER, MANLY | 6934 |
| 1265 | WORD, JEREMY | 8510 |
| 1266 | WORSHIP, CHARLIE | 7388 |
| 1269 | WREN, NATHANIEL | 8621 |
| 1270 | WREN, SHELIA | 8333 |
| 1281 | YOUNG, ROBERT (E.) | 5560 |
| 1282 | YOUNG, TORESS | 787 |
| 1283 | ZAPPA, JACOB | 1341 |