# CONTRACT FOR EMPLOYMENT

This Contract is made and entered by and between **Rachel Brown Bryant** and W. HOWARD GUNN AND ASSOCIATES on the **6TH** day of **March**, 20**13**.

WHEREAS, the said **Rachel Brown Bryant** has a claim against **United Furniture Inc**, arising out of the **FLSA Violations** and

WHEREAS, **She** desires the services of any attorney to represent **her** in said claim by conference, negotiated suit, or otherwise.

Now, therefore, **She** does employ and retain said W. HOWARD GUNN for the purposes, and the said attorney does hereby bind and obligate himself to render the services required in the premises upon the following terms and conditions:

In the event it is necessary to prepare and/or file suit or suits upon said claim(s), the said attorney is to receive as compensation for his services 40% of whatever amount collected.

It is UNDERSTOOD AND AGREED between the parties that the said attorney shall be reimbursed for all reasonable expenses incurred in the prosecution of said claim(s) from any proceeds recovery in said claim(s).

## NO LOAN PROVISIONS

I/WE HEREBY ACKNOWLEDGE THAT I/WE HAVE BEEN ADVISED BY SAID ATTORNEY THAT NO MONIES CAN BE ADVANCED IN ASSIGNMENT AS PERSONAL LOAN AGAINST THIS CONTINGENCY CONTRACT BY SAID ATTORNEY AND IT HAS FURTHER BEEN EXPLAINED TO ME/US BY SAID ATTORNEY THAT TO DO SO WOULD VIOLATE THE CODE OF PROFESSIONAL ETHICS WHICH GOVERNS THE CONDUCT OF ATTORNEYS.

ACCEPTED: _W. Howard Gunn_      _Rachel Brown Bryant_
W. HOWARD GUNN     CLIENT

CLIENT

EXHIBIT C

# CONTRACT FOR EMPLOYMENT

This Contract is made and entered by and between __Kenny Bryant__ _____ and W. HOWARD GUNN AND ASSOCIATES on the __6th__ day of __March__, 20__13__.

WHEREAS, the said __Kenny Bryant__ has a claim against __United Furniture Inc.__, arising out of the __FLSA violations__ and

WHEREAS, __he__ desires the services of any attorney to represent __him__ in said claim by conference, negotiated suit, or otherwise.

Now, therefore, __He__ does employ and retain said W. HOWARD GUNN for the purposes, and the said attorney does hereby bind and obligate himself to render the services required in the premises upon the following terms and conditions:

In the event it is necessary to prepare and/or file suit or suits upon said claim(s), the said attorney is to receive as compensation for his services 40% of whatever amount collected.

It is UNDERSTOOD AND AGREED between the parties that the said attorney shall be reimbursed for all reasonable expenses incurred in the prosecution of said claim(s) from any proceeds recovery in said claim(s).

## NO LOAN PROVISIONS

I/WE HEREBY ACKNOWLEDGE THAT I/WE HAVE BEEN ADVISED BY SAID ATTORNEY THAT NO MONIES CAN BE ADVANCED IN ASSIGNMENT AS PERSONAL LOAN AGAINST THIS CONTINGENCY CONTRACT BY SAID ATTORNEY AND IT HAS FURTHER BEEN EXPLAINED TO ME/US BY SAID ATTORNEY THAT TO DO SO WOULD VIOLATE THE CODE OF PROFESSIONAL ETHICS WHICH GOVERNS THE CONDUCT OF ATTORNEYS.

ACCEPTED: ___/s/ W. Howard Gunn___        ___Kenny Bryant___
             W. HOWARD GUNN                    CLIENT

                                            _____
                                                   CLIENT