IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACHEL BROWN HEFFERNAN BRYANT, et al.                                         PLAINTIFFS

V.                                                       CIVIL ACTION NO. 1:13CV246-SA-DAS

UNITED FURNITURE INDUSTRIES, INC.,                                             DEFENDANT

ORDER

Pursuant to a Memorandum Opinion issued this day, the parties Joint Motion for Settlement Approval and General Release [229] is hereby GRANTED. Furthermore, The Plaintiffs' Motion for Attorney's Fees and Costs [230], which has been joined by the Defendant [232], is also GRANTED. The trial of this matter is CANCELLED and this case is CLOSED.

IT IS SO ORDERED this 16th day of February, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE